FILED
CLERK, U.S. DISTRICT COURT

6/27/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MMC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:25-CR-00531-MWC |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 3: Accessory After the Fact] |
| GISSELLE MEDINA, | **[CLASS B MISDEMEANOR]** |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 3]

On or about June 7, 2025, in Los Angeles County, within the Central District of California, defendant GISSELLE MEDINA, knowing that an offense against the United States had been committed by others, namely, Simple Assault against a Federal Officer, in violation of Title 18, United States Code, Section 111(a)(1), received, relieved, comforted, and assisted the offenders, known and unknown to the Grand Jury, in order to hinder and prevent their apprehension, trial and punishment.

The offenders for which defendant MEDINA assisted intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with a victim, who was an employee of Homeland Security

Investigations, while the officer was engaged in, and on account of, the performance of the officer's official duties.

                        BILAL A. ESSAYLI
                        United States Attorney

                        CHRISTINA T. SHAY
                        Assistant United States Attorney
                        Chief, Criminal Division

                        */s/ Frances S. Lewis*

                        FRANCES S. LEWIS
                        Assistant United States Attorney
                        Chief, General Crimes Section

                        MIRELLE RAZA
                        Assistant United States Attorney
                        General Crimes Section