Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT

6/27/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

Case Number    2:25-CR-00531-MWC

Defendant Number    1

U.S.A.  v.  Gisselle Medina

Year of Birth    2000

☐ Indictment        ☑ Information

Investigative agency (FBI, DEA, etc.)    HSI

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor    ☐ Minor Offense    ☐ Petty Offense

☑ Class B Misdemeanor    ☐ Class C Misdemeanor    ☐ Felony

b. Date of Offense    June 7, 2025

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles        ☐ Ventura

☐ Orange            ☐ Santa Barbara

☐ Riverside          ☐ San Luis Obispo

☐ San Bernardino     ☐ Other _____

Citation of Offense    18 U.S.C. § 3

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)    ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No        ☐ Yes

If "Yes," Case Number: N/A

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:  June 7, 2025

Case Number:    2:25-MJ-03507; 2:25-mj-03515

Assigned Judge:    N/A

Charging: 18 U.S.C. § 372

The complaint/CVB citation:

☑ is still pending

☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?    ☐ No    ☑ Yes

IF YES, provide Name:    Hannah Bogen

Phone Number:    (213) 894-4863

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*        ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*        ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ☐ No

This is the  N/A  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
N/A

Case Number N/A

The superseded case:

☐ is still pending before Judge/Magistrate Judge
N/A

☐ was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?
☐ Yes*        ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*        ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes        ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

## INTERPRETER

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

_____

## OTHER

☐ Male  ☑ Female

☑ U.S. Citizen  ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud  ☐ public corruption

☐ government fraud  ☐ tax offenses

☐ environmental issues  ☐ mail/wire fraud

☐ narcotics offenses  ☐ immigration offenses

☑ violent crimes/firearms  ☐ corporate fraud

☐ Other _____

_____

## CUSTODY STATUS

Defendant is **not in custody**:

a. Date and time of arrest on complaint: June 7, 2025

b. Posted bond at complaint level on: June 9 2025

in the amount of $ 5,000

c. PSA supervision?  ☑ Yes  ☐ No

d. Is on bail or release from another district:
N/A

Defendant is **in custody**:

a. Place of incarceration:  ☐ State  ☐ Federal

b. Name of Institution: _____

c. If Federal, U.S. Marshals Service Registration Number:

_____

d. ☐ Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:  ☐ Yes  ☐ No

IF YES :  ☐ State  ☐ Federal  ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☐ No

IF YES :  ☐ State  ☐ Federal  AND

Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20  _____ 21  _____ 40

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: N/A

_____

Date  06/27/2025

Signature of Assistant U.S. Attorney
Mirelle Raza
Print Name