1  TODD BLANCHE
   Deputy Attorney General
2  BILAL A. ESSAYLI
   First Assistant United States Attorney
3  ALEXANDER B. SCHWAB
   Assistant United States Attorney
4  Acting Chief, Criminal Division
   FRANCES S. LEWIS (Cal. Bar No. 291055)
5  Assistant United States Attorney
   Chief, General Crimes Section
6       1200 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-4850
8       Facsimile: (213) 894-0141
        E-mail:    Frances.Lewis@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                      UNITED STATES DISTRICT COURT

12                   FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,            No. 2:25-CR-531-AS

14         Plaintiff,                   [~~PROPOSED~~] ORDER CONTINUING TRIAL DATE

15         v.
                                        **[PROPOSED] TRIAL DATE:** 5/11/2026
16 GISSELLE MEDINA,

17         Defendant.

18

19      The Court has read and considered the Stipulation Regarding

20 Request for Continuance of Trial Date filed by the parties in this

21 matter.  The Court hereby finds that the Stipulation, which this

22 Court incorporates by reference into this Order, demonstrates facts

23 that support good cause for a continuance of the trial date in this

24 matter.

25      THEREFORE, FOR GOOD CAUSE SHOWN:

26      1.   The trial in this matter is continued from February 2,

27 2026, to May 11, 2026.  The status conference is continued from

28 January 26, 2026, to May 5, 2026, at 9:30 a.m.

    2.   Defendant shall appear in Courtroom 540 of the Edward R. Roybal Federal Building and United States Courthouse, Los Angeles, California, on May 5, 2026, at 9:30 a.m. for a status conference, and on May 11, 2026, at 8:30 a.m. for trial.

    IT IS SO ORDERED.

    January 14, 2026                         / s / Sagar
     DATE                                 HONORABLE ALKA SAGAR
                                          UNITED STATES MAGISTRATE JUDGE

Presented by:

    /s/
 FRANCES S. LEWIS
 Assistant United States Attorney