```
1  TODD BLANCHE
   Deputy Attorney General
2  BILAL A. ESSAYLI
   United States Attorney
3  ALEXANDER B. SCHWAB
   Assistant United States Attorney
4  Acting Chief, Criminal Division
   FRANCES S. LEWIS (Cal. Bar No. 291055)
5  Assistant United States Attorney
   Chief, General Crimes Section
6       1200 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-6772
8       Facsimile: (213) 894-0141
        E-mail:    Frances.Lewis@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-531-AS |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS INFORMATION PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| GISSELLE MEDINA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a) and an agreement reached between the parties, the United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Frances S. Lewis, hereby moves to dismiss with

//
//

prejudice all charges against the defendant GISSELLE MEDINA in this case.  Defendant does not oppose the instant motion.

Dated: February 13, 2026					Respectfully submitted,

							TODD BLANCHE
							Deputy Attorney General

							BILAL A. ESSAYLI
							First Assistant United States Attorney

							ALEXANDER B. SCHWAB
							Assistant United States Attorney
							Acting Chief, Criminal Division

							       /s/ Frances S. Lewis
							FRANCES S. LEWIS
							Assistant United States Attorney

							Attorneys for Plaintiff
							UNITED STATES OF AMERICA