JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-531-AS |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |
| GISSELLE MEDINA, | |
| Defendant. | |

The Court has read and considered the government's unopposed motion to dismiss filed in this matter.  Finding good cause therefore and that dismissal is in the interests of justice, the Court hereby GRANTS the MOTION and ORDERS that the case be hereby dismissed with prejudice.  All further dates and deadlines are vacated.  Defendant's bond is exonerated.

IT IS SO ORDERED.

February 17, 2026                               / s / Sagar
DATE                                            HONORABLE ALKA SAGAR
                                                UNITED STATES MAGISTRATE JUDGE

Presented by:

    /s/
FRANCES S. LEWIS
Assistant United States Attorney