MICHAEL R. KILTS, ESQ.   (SBN 77004)
LAW OFFICES OF MICHAEL R. KILTS
1122 EAST GREEN STREET
PASADENA, CA 91106
(626) 304-7770

Attorney for Defendant,
GISSELLE MEDINA

UNITED STATES DISTRICT COURT

FOR THE CENTAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:25-cr-531-AS |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | DEFENDANT'S MOTION TO RETURN PROPERTY FOR RELEASE OF PASSPORT AND PROPOSED ORDER |
| | ) ) ) | |
| GISSELLE MEDINA | ) ) | |
| Defendant. | ) ) ) | |

Defendant Gisselle Medina, by and through her attorney, Michael R. Kilts, hereby respectfully moves this Court for an order directing the Clerk of the Court or Pretrial Services to release and return the Defendant's passport.

Defendant's passport was surrendered to Pretrial Services as a condition of pretrial release in the above-captioned matter.

Defendant Gisselle Medina now requests the return of her passport because this case has reached a final disposition. On February 17, 2026, the Court granted a motion to dismiss her case with prejudice.

Because the case has been dismissed and there are no remaining conditions requiring the surrender of Defendant's passport, Defendant respectfully requests that the Court grant this motion and order Pretrial Services or the Clerk of the Court to release and return the passport to her.

Dated: March 10, 2026                Respectfully submitted,


Michael R. Kilts
Attorney for Defendant
Gisselle Medina

DEFENDANT'S MOTION FOR RELEASE OF PASSPORT AND PROPOSED ORDER

MICHAEL R. KILTS, ESQ.    (SBN 77004)
LAW OFFICES OF MICHAEL R. KILTS
1122 EAST GREEN STREET
PASADENA, CA 91106
(626) 304-7770

Attorney for Defendant,
GISSELLE MEDINA

UNITED STATES DISTRICT COURT

FOR THE CENTAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:25-cr-531-AS |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER TO RETURN |
| vs. | ) | DEFENDANT'S PASSPORT |
| | ) | |
| GISSELLE MEDINA | ) | |
| Defendant. | ) | |

The Court, having considered Defendant Gisselle Medina's Motion for Return of Defendant's Passport, and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court and/or Pretrial Services shall release and return the passport of Defendant Gisselle Medina, which was previously surrendered as a condition of pretrial release in this matter.

IT IS SO ORDERED.

Dated: _____      _____

HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO RETURN DEFENDANT'S PASSPORT

1